**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HATHORN, | : | Case No. 1:26-cv-387 |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | District Judge Jeffery P. Hopkins |
| vs. | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| L. J. ALBRIGHT, *et al*., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**REPORT AND RECOMMENDATION**

Plaintiff, an inmate at the Ohio State Penitentiary ("OSP"), has filed a motion for leave to proceed *in forma pauperis* in connection with a pro se civil rights complaint under 42 U.S.C.§ 1983. (Doc. 1). Plaintiff's financial affidavit reveals that he has sufficient funds to pay the full filing fee of $405.00 ($350 filing fee and $55 administrative fee) in order to initiate this action. Plaintiff's certified prison trust fund account statement reveals that as of April 12, 2026, Plaintiff had $780.82 on account to his credit at OSP. (*See* Doc. 1 at PageID 5).

Because it thus appears that Plaintiff has sufficient funds to commence this action, it is **RECOMMENDED** that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) be **DENIED** and that Plaintiff be ordered to pay the required filing fee of $405.00 within **thirty (30) days** of the date of filing of any Order adopting this Report and Recommendation.

**IT IS SO RECOMMENDED.**

Date:  May 1, 2026                    /s/ Kimberly A. Jolson
                                      KIMBERLY A. JOLSON
                                      UNITED STATES MAGISTRATE JUDGE

**PROCEDURE ON OBJECTIONS**

If any party seeks review by the District Judge of this Report and Recommendation, that party may, within fourteen (14) days, file and serve on all parties objections to the Report and Recommendation, specifically designating this Report and Recommendation, and the part in question, as well as the basis for objection. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy. Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a forfeiture of the right to have the district judge review the Report and Recommendation *de novo* and in a forfeiture of the right to appeal the decision of the District Court adopting the Report and Recommendation. *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).